IN THE UNITED STATES DISTRICT COURT   FILED BY /ARG D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION            05 AUG -3  AM 11: 4⁺

THOMAS GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

No.    05-20282-04-D

**TERESIA SIMPSON**

---

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
## UNDER THE SPEEDY TRIAL ACT

---

The defendant has this day notified the Court that he is unable to obtain private

counsel and requested appointment of counsel.  The defendant qualified for appointed

counsel and the Court  appointed counsel from the Federal Public Defender's Office..

It is therefore ORDERED that the time period of___*8-3-05*___through

*8-9-05*___ be excluded from the time its imposed by the Speedy Trial Act for trial of this

case, in order to have counsel present.

**ARRAIGNMENT IS RESET TO**___*8-10-05*___ **AT 9:30 A.M. BEFORE**

**MAGISTRATE JUDGE** *Anderson*___.

This _*02*_ day of ___*August*_____, 2004.

*S. Thomas Anderson*
**UNITED STATES MAGISTRATE JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

(13)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CR-20282 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT